UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br><br> v. <br><br> 136 ROUNDS ASSORTED AMMUNITION ASSET ID 19-ATF-034375; WALTHER, COLT GOVERNMENT PISTOL CAL 22, SN: LK007925 ASSET ID 19-ATF-034370; SMITH & WESSON, 617 REVOLVER CAL 22, SN: CCY6107 ASSET ID 19-ATF-034371; HS PRODUCTS (IM METAL), XDS PISTOL CAL 45, SN: S3156873 ASSET ID 19-ATF-034372; SPRINGFIELD ARMORY, GENESEO, IL, 1911A1 PISTOL CAL 45, SN: NM 330896 ASSET ID 19-ATF-034373; REMINGTON ARMS COMPANY, INC., 1911R1S PISTOL CAL 45, SN: RHH013316 ASSET ID 19-ATF-034374; HS PRODUCTS (IM METAL) XD45 PISTOL CAL 45, SN: US740462 ASSET ID 19-ATF-034376; CHARTER ARMS, BULLDOG, REVOLVER CAL 44, SN: 64-14149 ASSET ID 19-ATF-034377; WEIHRAUCH HERMANN WINDICATOR REVOLVER CAL 38, SN: 1562114 ASSET ID 19-ATF-034378; AND HS PRODUCTS (IM METAL) XDS PISTOL CAL 45, SN: S3325762 ASSET ID 19-ATF-034379 <br> and all property traceable thereto, <br> Defendants *in rem*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: <br><br> JUDGE <br><br> MAGISTRATE JUDGE |

## VERIFIED COMPLAINT FOR FORFEITURE

NOW INTO COURT comes the UNITED STATES OF AMERICA (the "Government") by and through the United States Attorney for the Western District of Louisiana and the

undersigned Assistant United States Attorney, who brings this Complaint for Forfeiture *in rem* for the reasons set forth hereafter:

## JURISDICTION AND VENUE

1. This is an *in rem* civil forfeiture action brought by the United States of America pursuant to 18 U.S.C. § 924(d)(1) resulting from the violation of 18 U.S.C. § 922(g)(9).

2. The Court has original jurisdiction over this proceeding pursuant to 28 U.S.C. § 1345 as the United States of America is commencing this action.

3. This Court has *in rem* jurisdiction and venue over this forfeiture action, pursuant to 28 U.S.C. § 1355(b)(1)(A), as the acts giving rise to the forfeiture occurred in the Western District of Louisiana.

4. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to the Government's claims occurred in the Western District of Louisiana.

5. Venue is also proper before this Court pursuant to 28 U.S.C. § 1395(b), as the defendants *in rem* were found and seized in the Western District of Louisiana.

## DEFENDANTS *IN REM*

6. The Defendants *in rem* of this action consists of: (a) 136 ROUNDS ASSORTED AMMUNITION ASSET ID 19-ATF-034375; (b) WALTHER, COLT GOVERNMENT PISTOL CAL 22, SN: LK007925 ASSET ID 19-ATF-034370; (c) SMITH & WESSON, 617 REVOLVER CAL 22, SN: CCY6107 ASSET ID 19-ATF-034371; (d) HS PRODUCTS (IM METAL), XDS PISTOL CAL 45, SN: S3156873 ASSET ID 19-ATF-034372; (e) SPRINGFIELD ARMORY, GENESEO, IL, 1911A1 PISTOL CAL 45, SN: NM 330896 ASSET ID 19-ATF-034373; (f) REMINGTON ARMS COMPANY, INC., 1911R1S PISTOL CAL 45, SN: RHH013316 ASSET

ID 19-ATF-034374; (g) HS PRODUCTS (IM METAL) XD45 PISTOL CAL 45, SN: US740462 ASSET ID 19-ATF-034376; (h) CHARTER ARMS, BULLDOG, REVOLVER CAL 44, SN: 64-14149 ASSET ID 19-ATF-034377; (i) WEIHRAUCH HERMANN WINDICATOR REVOLVER CAL 38, SN: 1562114 ASSET ID 19-ATF-034378; and (j) HS PRODUCTS (IM METAL) XDS PISTOL CAL 45, SN: S3325762 ASSET ID 19-ATF-034379 (collectively referred to as the "Defendant Property").

7. The Defendant Property remains in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives (the "ATF").

## FACTS

8. On July 24, 2019, the Lincoln Parish Sheriff's Office ("LPSO") was dispatched to 124 Rough Edge Road, Ruston, Louisiana 71270, in response to a call from Michael McGee regarding threats of violence being made by his brother Joseph Pitarro ("Pitarro") against Jerrell Hanson ("Hanson") and threats of suicide by Pitarro.

9. LPSO Deputies made contact with Pitarro and transported him to the Northern Louisiana Medical Center ("NLMC") for evaluation.

10. On July 25, 2019, Hanson contacted the LPSO regarding a handgun that was in plain sight inside of Pitarro's vehicle that was left at Hanson's residence after Pitarro was transported to NLMC the prior day.

11. The LPSO obtained and executed a search warrant for the vehicle to obtain the handgun and any other firearms in the vehicle for safekeeping.

12. The Defendant Property was seized by the LPSO when it was discovered in Pitarro's vehicle on July 25, 2019.

13. The LPSO contacted the ATF and ATF agents performed a criminal background check on Pitarro. The background check revealed that Pitarro has a 2013 misdemeanor domestic violence conviction in Ouachita Parish, Louisiana. The ATF adopted the seizure of the Defendant Property on August 23, 2019.

14. On September 4, 2019, the ATF sent Notice of Seizure of Property and Initiation of Administrative Forfeiture Proceedings as required by 18 U.S.C. § 983(a)(1)(A) to the known interested party: Joseph Pitarro, 103 Parkwood Drive, West Monroe, Louisiana 71291.

15. Pitarro filed a claim of ownership to the Defendant Property on September 23, 2019. The time has expired for any other person to file a claim to the Defendant Property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than Pitarro has filed a claim to the Defendant Property as required by law in the administrative forfeiture proceeding.

### VIOLATION OF 18 U.S.C. § 922(g)(9)

16. Pursuant to 18 U.S.C. § 922(g)(9), it is unlawful for any person who has been convicted in any court of a misdemeanor crime of domestic violence to possess in or affecting commerce, or to receive, any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

17. A "misdemeanor crime of domestic violence" is defined as an offense that is a misdemeanor under Federal, State or Tribal law and has as an element, "the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a current or former spouse, parent, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabitating with the victim as a spouse, parent or guardian or by a person similarly situated to a spouse, parent, or guardian of the victim." 18 U.S.C. § 921(33)(A)

## CLAIM FOR RELIEF

18. Based upon the foregoing facts and the applicable law, the Defendant Property is forfeitable to the United States pursuant to 18 U.S.C. § 924(d)(1), as property involved in or used in a knowing violation of 18 U.S.C. § 922(g)(9).

19. This action is required to be brought in the United States District Court pursuant to 18 U.S.C. § 983(a)(3)(A), because Pitarro filed a claim of ownership in the administrative forfeiture proceeding.

## CONCLUSION AND RELIEF

Plaintiff, the United States of America, requests that a warrant be issued for the arrest and seizure of the Defendant Property; that due notice be given to all interested persons to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the Defendant Property be condemned and forfeited to the United States for disposition according to law; and that the United States be granted such other further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

DAVID C. JOSEPH
United States Attorney

Dated: December 20, 2019

s/ Jerry Edwards
JERRY EDWARDS
Assistant United States Attorney
300 Fannin St., Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600
(Louisiana Bar No. 30242)

## VERIFICATION

I, Charles P. Donohoe, state that I am a Special Agent in the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in Shreveport, Louisiana. I have read the foregoing Complaint for Forfeiture and declare under penalty of perjury that the facts contained therein are true and correct based upon knowledge possessed by me or upon information received from other law enforcement agents.

_____
Charles P. Donohoe, Special Agent

Dated: December 18, 2019

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
The United States of America

### DEFENDANTS
136 Rounds Assorted Ammunition, Walther Colt Government Pistol Cal 22; Smith & Wesson, 617 Revolver Cal 22; et al

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jerry Edwards, Assistant United States Attorney
300 Fannin Street, Suite 3201, Shreveport, LA 71101
318-676-3614

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 924; 18 USC 983
Brief description of cause:
Civil Forfeiture

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: 12-20-2019
SIGNATURE OF ATTORNEY OF RECORD: *Jerry Edwards*

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____